EXHIBIT A

COPYRIGHT REGISTERED ARTWORK



EXHIBIT A
Page 1





































































EXHIBIT A
Page 35

