EXHIBIT B

COPYRIGHT REGISTRATION
CERTIFICATES

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-997-050

**Effective Date of Registration:**
February 21, 2016

---

## Title

**Title of Work:** Shogun Pacific Chiefs (NC035)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek Frost
  **Author Created:** Graphic Design
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** February 21, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Legh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-070-906

**Effective Date of Registration:**
April 23, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | VSWA007 Navy Rate |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Derek Frost |
| **Author Created:** | Graphic Design |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Derek Frost |
| | 16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States |

## Certification

| | |
|---|---|
| **Name:** | Todd Gilbert |
| **Date:** | April 23, 2017 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-070-983

**Effective Date of Registration:**
April 23, 2017

## Title

**Title of Work:**   VSWA335 Navy Submarine Force Grim Reaper

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   March 12, 2017
**Nation of 1st Publication:**   United States

## Author

• **Author:**   Derek Frost
**Author Created:**   Graphic Design
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:**   Todd Gilbert
**Date:**   April 23, 2017

**Copyright Office notes:**   Regarding deposit: Work deposited contains copyrightable Artwork.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-038-467**

**Effective Date of Registration:**
March 19, 2017

---

## Title

**Title of Work:**   VSWA327 Cold War Veteran Coin

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   January 01, 2017
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Derek Frost
  **Author Created:**   Graphic Design
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:**   Todd Gilbert
**Date:**   March 19, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-997-312

**Effective Date of Registration:**
January 07, 2016

---

## Title

**Title of Work:** US Navy Snipe

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 06, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek Frost
  **Author Created:** Graphic Design
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** January 07, 2016

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-997-049

**Effective Date of Registration:**
February 21, 2016

---

## Title
_____

**Title of Work:**   Corpsman Est 1898 (VSW1210)

## Completion/Publication
_____

**Year of Completion:**   2014
**Date of 1st Publication:**   January 01, 2014
**Nation of 1st Publication:**   United States

## Author
_____

•   **Author:**   Derek Frost
**Author Created:**   Graphic Design
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification
_____

**Name:**   Todd Gilbert
**Date:**   February 21, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-997-039

**Effective Date of Registration:**
February 23, 2016

---

## Title

**Title of Work:**   IYAOYAS Reaper VSW1017

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   January 01, 2014
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Derek Frost
**Author Created:**   Graphic Design
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:**   Todd Gilbert
**Date:**   February 23, 2016

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-038-460

**Effective Date of Registration:**
March 19, 2017

## Title

**Title of Work:** VSW987 Goatlocker Tavern Chief

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author

**Author:** Derek Frost
**Author Created:** Graphic Design
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** March 19, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 1-997-014
**Effective Date of Registration:**
February 23, 2016

## Title
_____

**Title of Work:**   Combat Medic Pinup Girl VSW884

## Completion/Publication
_____

**Year of Completion:**   2014
**Date of 1st Publication:**   January 01, 2014
**Nation of 1st Publication:**   United States

## Author
_____

● **Author:**   Derek Frost
**Author Created:**   Graphic Design
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification
_____

**Name:**   Todd Gilbert
**Date:**   February 23, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-070-502

**Effective Date of Registration:**
April 21, 2017

---

## Title

**Title of Work:** VSW402 Navy Jolly Roger IYAOYAS

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author

**Author:** Derek Frost
**Author Created:** Graphic Design
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** April 21, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-969-114

**Effective Date of Registration:**
July 20, 2015

---

## Title

**Title of Work:** Navy Crow FCPOA

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** February 10, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek Frost
  **Author Created:** drawing
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618

## Certification

**Name:** Todd Gilbert
**Date:** July 20, 2015

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayla Tyler Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-061-460

**Effective Date of Registration:**
June 28, 2017

---

## Title

**Title of Work:** VSW861 Navy Chief Tried, Tempered, Trued

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 26, 2011
**Nation of 1st Publication:** United States

## Author

• **Author:** Derek Frost
**Author Created:** Graphic Design
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** June 28, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-969-118

**Effective Date of Registration:**
July 15, 2015

## Title
_____

**Title of Work:** Jolly Roger - Sea Is Ours

## Completion/Publication
_____

**Year of Completion:** 2008
**Date of 1st Publication:** January 01, 2008
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Derek Frost
  **Author Created:** Graphic Design
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1970

## Copyright Claimant
_____

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618

## Certification
_____

**Name:** Todd Gilbert
**Date:** July 15, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-997-320**

**Effective Date of Registration:**
December 31, 2015

## Title

**Title of Work:**   Navy Jolly Roger VSWA016C

## Completion/Publication

**Year of Completion:**   2007
**Date of 1st Publication:**   January 01, 2007
**Nation of 1ˢᵗ Publication:**   United States

## Author

• **Author:**   Derek Frost
**Author Created:**   Graphic Design
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:**   Todd Gilbert
**Date:**   December 31, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-969-113

**Effective Date of Registration:**
July 09, 2015

---

## Title

**Title of Work:** Navy Corpsman

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** December 29, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek Frost
  **Author Created:** Graphic Design
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trail, Ramona, CA

## Certification

**Name:** Todd Gilbert
**Date:** July 09, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tergle Claytt*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-030-563

**Effective Date of Registration:**
July 06, 2016

## Title _____

**Title of Work:** VSWA020 Sniper One Shot One Kill

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Derek Frost
  **Author Created:** Graphic Design
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA 92065-5618, United States

## Certification _____

**Name:** Todd Gilbert
**Date:** July 06, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-997-040**

**Effective Date of Registration:**
February 23, 2016

## Title

**Title of Work:**   Minesweeper VSWA026

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   January 01, 2014
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Derek Frost
**Author Created:**   Graphic Design
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:**   Todd Gilbert
**Date:**   February 23, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-038-539

**Effective Date of Registration:**
March 19, 2017

## Title ────────────────────────────────

**Title of Work:** VSWA027 Shellback Skull king

## Completion/Publication ──────────────────

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author ───────────────────────────────

- **Author:** Derek Frost
  **Author Created:** Graphic Design
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant ──────────────────────

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification ─────────────────────────

**Name:** Todd Gilbert
**Date:** March 19, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-997-020**

**Effective Date of Registration:**
February 23, 2016

## Title

| | |
|---|---|
| **Title of Work:** | EOD Nerves of Steel VSWA044 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Derek Frost |
| **Author Created:** | Graphic Design |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Derek Frost |
| | 16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States |

## Certification

| | |
|---|---|
| **Name:** | Todd Gilbert |
| **Date:** | February 23, 2016 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-969-112

**Effective Date of Registration:**
July 15, 2015

---

## Title

**Title of Work:** Navy Chief Anchored

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Derek Frost
**Author Created:** Graphic Design
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618

## Certification

**Name:** Todd Gilbert
**Date:** July 15, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-997-405

**Effective Date of Registration:**
September 14, 2015

---

## Title

**Title of Work:**   ISIS Hunting Club

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   January 15, 2015
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Derek Frost
  **Author Created:**   Graphic Design
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:**   Todd Gilbert
**Date:**   September 14, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-012-449

**Effective Date of Registration:**
November 05, 2015

---

## Title

**Title of Work:** US Veteran It Can Not Be Inherited

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 05, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

**•            Author:** Derek Frost
**Author Created:** 2-D artwork
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** November 05, 2015

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-041-272

**Effective Date of Registration:**
July 02, 2016

---

## Title

|                  |                                      |
|------------------|--------------------------------------|
| **Title of Work:** | VSWA295 Oath to the Constitution   |

## Completion/Publication

|                                        |                |
|----------------------------------------|----------------|
| **Year of Completion:**                | 2016           |
| **Date of 1st Publication:**           | April 01, 2016 |
| **Nation of 1st Publication:**         | United States  |

## Author

|                      |                |
|----------------------|----------------|
| • **Author:**        | Derek Frost    |
| **Author Created:**  | Graphic Design |
| **Citizen of:**      | United States  |
| **Domiciled in:**    | United States  |

## Copyright Claimant

|                          |                                                                                      |
|--------------------------|--------------------------------------------------------------------------------------|
| **Copyright Claimant:**  | Derek Frost                                                                          |
|                          | 16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States                 |

## Certification

|            |                |
|------------|----------------|
| **Name:**  | Todd Gilbert   |
| **Date:**  | July 02, 2016  |

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 2-002-933

**Effective Date of Registration:**
December 31, 2015

---

## Title

**Title of Work:** Navy Squid VSWA197

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 01, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek Frost
**Author Created:** Graphic Design
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** December 31, 2015

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-038-463

**Effective Date of Registration:**
March 19, 2017

---

## Title

**Title of Work:** VSC001 President Donald Trump Commander In Chief

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek Frost
  **Author Created:** Graphic Design
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** March 19, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayla Teigle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-071-327

**Effective Date of Registration:**
June 28, 2017

---

## Title

       **Title of Work:**  VSWA159 Snipe

## Completion/Publication

       **Year of Completion:**  2014
      **Date of 1st Publication:**  January 01, 2014
    **Nation of 1st Publication:**  United States

## Author

          •   **Author:**  Derek Frost
      **Author Created:**  Graphic Design
         **Citizen of:**  United States
      **Domiciled in:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Derek Frost
               16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

          **Name:**  Todd Gilbert
            **Date**:  May 31, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-996-982

**Effective Date of Registration:**
February 23, 2016

---

## Title

**Title of Work:** Seabees VSWA052

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek Frost
**Author Created:** Graphic Design
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** February 23, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-969-116

**Effective Date of Registration:**
July 15, 2015

## Title
_____

**Title of Work:**    Vietnam Veteran Dragon

## Completion/Publication
_____

**Year of Completion:**    2015
**Date of 1st Publication:**    July 01, 2015
**Nation of 1st Publication:**    United States

## Author
_____

- **Author:**    Derek Frost
  **Author Created:**    Graphic Design
  **Citizen of:**    United States
  **Domiciled in:**    United States
  **Year Born:**    1970

## Copyright Claimant
_____

**Copyright Claimant:**    Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618

## Certification
_____

**Name:**    Todd Gilbert
**Date:**    July 15, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyh Claggtt*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-038-465

**Effective Date of Registration:**
March 19, 2017

## Title

**Title of Work:**  VSWA321 Damn the Torpedoes

## Completion/Publication

**Year of Completion:**  2014
**Date of 1st Publication:**  January 01, 2014
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Derek Frost
  **Author Created:**  Graphic Design
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:**  Todd Gilbert
**Date:**  March 19, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-070-910

**Effective Date of Registration:**
April 23, 2017

---

## Title

  **Title of Work:**   VSWA329 Military K-9 Coin

## Completion/Publication

  **Year of Completion:**   2014
  **Date of 1st Publication:**   February 23, 2017
  **Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Derek Frost
  **Author Created:**   Graphic Design
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

  **Copyright Claimant:**   Derek Frost
  16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

  **Name:**   Todd Gilbert
  **Date:**   April 23, 2017

EXHIBIT B
Page 30

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-997-032**

**Effective Date of Registration:**
February 23, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Security Forces K9 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Derek Frost |
| **Author Created:** | Graphic Design |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Derek Frost |
| | 16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States |

## Certification

| | |
|---|---|
| **Name:** | Todd Gilbert |
| **Date:** | February 23, 2016 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-998-197

**Effective Date of Registration:**
February 23, 2016

---

## Title

| | |
|---|---|
| Title of Work: | Deck Ape VSWA054 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | January 01, 2014 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Derek Frost |
| Author Created: | Graphic Design |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Derek Frost |
| | 16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States |

## Certification

| | |
|---|---|
| Name: | Todd Gilbert |
| Date: | February 23, 2016 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-038-472

**Effective Date of Registration:**
March 19, 2017

---

## Title
_____

        **Title of Work:**    VSWA330 Desert Storm Veteran

## Completion/Publication
_____

        **Year of Completion:**    2017
      **Date of 1st Publication:**    January 01, 2017
     **Nation of 1st Publication:**    United States

## Author
_____

-         **Author:**    Derek Frost
      **Author Created:**    Graphic Design
        **Citizen of:**    United States
       **Domiciled in:**    United States

## Copyright Claimant
_____

    **Copyright Claimant:**    Derek Frost
                      16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification
_____

        **Name:**    Todd Gilbert
         **Date:**    March 19, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-038-477**

**Effective Date of Registration:**
March 19, 2017

---

## Title

**Title of Work:** VSWA322 Give Me Liberty or Give Me Death

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek Frost
  **Author Created:** Graphic Design
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification

**Name:** Todd Gilbert
**Date:** March 19, 2017

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-997-041

**Effective Date of Registration:**
February 23, 2016

---

## Title
_____

**Title of Work:**   0341 Mortarman

## Completion/Publication
_____

**Year of Completion:**   2014
**Date of 1st Publication:**   January 01, 2014
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Derek Frost
  **Author Created:**   Graphic Design
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Derek Frost
16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States

## Certification
_____

**Name:**   Todd Gilbert
**Date:**   February 23, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-997-043

**Effective Date of Registration:**
February 23, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | Shellback Court Of Neptune Rex VSWA146 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 01, 2015 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Derek Frost |
| **Author Created:** | Graphic Design |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Derek Frost |
| | 16520 Green Valley Truck Trl, Ramona, CA, 92065-5618, United States |

## Certification

| | |
|---|---|
| **Name:** | Todd Gilbert |
| **Date:** | February 23, 2016 |

Page 1 of 1