AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amazon.com Inc.,
c/o Corporation Service Company
1013 Center Road,
Wilmington, DE 19805


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **02/14/2018**

By: **s/J. Harper**, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Coastal Advertising Specialties Inc.
c/o Sharon Altiser
358 Osprey Crescent,
Saint Mary's GA 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **02/14/2018**

By: **s/J. Harper, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | Civil Action No.  3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Empire Design and Insignia LLC
7105 Third Avenue, Suite 511
Brooklyn, NY 11209


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **02/14/2018**     By: **s/J. Harper**, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kidder Corp
c/o Martin Kidder
270 East Hill Road
Canton, CT 06019


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **02/14/2018**

By: **/s/ J. Harper**, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  3:18-cv-283-SB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Milcoins.Com LLC
c/o Barbara Bratz
2015 Bridgeport Ave.,
Milford, CT 06410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **02/14/2018**

By: **s/J. Harper**, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ismael Ramos
NEPMU-6 Command
385 South Ave., Building 618
Pearl Harbor, HI 96860

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **02/14/2018**

By: **s/J. Harper**, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Spreadshirt Inc.,
c/o Gerrit Betz
186 South Street, 3rd Floor
Boston, MA 02111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **02/14/2018**          By: **s/J. Harper**, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sunfrog LLC
c/o Kirk Yodzevicis
1782 O'Rourke Blvd.,
Gaylord, MI 49735


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: __02/14/2018_____          By: __s/J. Harper__, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Stay Frosty Enterprises, LLC </br></br> *Plaintiff(s)* </br> v. </br> Amazon.com Inc., et al. </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Teespring Inc.
c/o Registered Agent Solutions
9E Loockerman Street, Ste 311
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

By: /s/ J. Harper, Deputy Clerk

Date: **02/14/2018**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Stay Frosty Enterprises, LLC <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Teezilly LLC
c/o Corporation Service Co.
80 State Street,
Albany , NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: __02/14/2018_____  By: __/s/ J. Harper, Deputy Clerk__

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Stay Frosty Enterprises, LLC<br><br>*Plaintiff(s)*<br>v.<br>Amazon.com Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  US DOD Coins LLC
c/o Josh Mott
3623 Craigsher Drive
Apopka, FL 32712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: 02/14/2018

By: s/J. Harper, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Stay Frosty Enterprises, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:18-cv-283-SB |
| Amazon.com Inc., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Veteran Apparel LLC
c/o Dennis Davoren
6135 Park South Drive, Suite 510
Charlotte, NC 28210-0100


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


MARY L. MORAN, Clerk of Court

Date: __02/14/2018__          By: __s/J. Harper__, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Stay Frosty Enterprises, LLC <br> *Plaintiff(s)* <br> v. <br> Amazon.com Inc., et al. <br> *Defendant(s)* | Civil Action No.  3:18-cv-283-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Viralstyle LLC
c/o InCorp Services Inc.,
17888 67th Court North,
Loxahatchee, FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Bailey,
Bailey and Yarmo, LLP
780 NW York Drive, Suite 104
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: __02/14/2018__     By: __s/J. Harper__, Deputy Clerk