James E. Bailey, OSB # 922008
780 NW York Drive, Suite 104
Bend, OR 97701
v: 541.241.9002
e: jbailey@byllp.com

Aron D. Yarmo, OSB # 934626
780 NW York Drive, Suite 104
Bend, OR 97701
v: 541.241.9002
e: ayarmo@byllp.com

Mark S. Hubert, OSB # 982561
2300 SW First Avenue, Suite 101
Portland, OR 97201
v: 503.234.7711
e: markhubert@pacifier.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STAY FROSTY ENTERPRISES LLC, an Oregon Limited Liability Company,<br><br>   Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., a Delaware Corporation; TEESPRING.COM INC., a Delaware Corporation; KIDDER CORP, a Delaware Corporation; SUNFROG LLC, a Michigan Limited Liability Company; US DOD COINS LLC, a Florida Limited Liability Company; EMPIRE DESIGN AND INSIGNIA, DBA EMPIRE COIN CO, a New York Limited Liability Company; VIRALSTYLE LLC, a Florida Limited Liability Company; SPREADSHIRT INC., a Delaware Corporation; | Case No. 3:18-cv-283<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Page 1 – Motion to Withdraw as Counsel of Record

| |
|---|
| TEEZILLY LLC, a New York Limited Liability Company; VETERAN APPAREL, LLC a North Carolina Limited Liability Company; ISMAEL RAMOS, an individual; MILCOINS.COM LLC, a Connecticut Limited Liability Company; and COASTAL ADVERTISING SPECIALITIES INC, a Georgia Corporation; |
|       Defendants. |

Pursuant to Rule 83-11 (a) of the Local Rules of the United States District Court for the District of Oregon, counsel for Stay Frosty Enterprises, LLC ("Stay Frosty"), James E. Bailey, III, Aron D. Yarmo, and Mark Hubert hereby request the Court allow for their withdrawal as counsel of record for Plaintiff.

The owners of Stay Frosty have terminated the relationship with current counsel and are in the process of seeking substitute counsel.

Currently, there are no pending motions, no pending discovery requests and no trial date has been set.

Counsel for all Defendants who have filed an appearance have been notified of this Motion, and none has objected.

The address of Plaintiff is Stay Frosty Enterprises, LLC; 6312 SW Capitol Hwy Box 209; Portland, OR 97239.

                                                  Respectfully Submitted by:

Dated October 16, 2018

                                                  */s/ James E. Bailey*
                                                  James E. Bailey, OSB # 922008
                                                  780 NW York Drive, Suite 104
                                                  Bend, OR 97701
                                                  v: 541.241.9002
                                                  e: jbailey@byllp.com

**Page 2 – Motion to Withdraw as Counsel of Record**

/s/ *Aron D Yarmo*
Aron D. Yarmo, OSB # 934626
780 NW York Drive, Suite 104
Bend, OR 97701
v: 541.241.9002
e: ayarmo@byllp.com

/s/ *Mark S. Hubert*
Mark S. Hubert, OSB # 982561
2300 SW First Avenue, Suite 101
Portland, OR 97201
v: 503.234.7711
e: markhubert@pacifier.com

Attorneys for Plaintiffs

**Page 3 – Motion to Withdraw as Counsel of Record**

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I filed the foregoing Motion to Withdraw as Counsel of Record via electronic filing using the CM/ECF System.  I further certify that on October 16, 2018, I served the foregoing Motion to Withdraw as Counsel of Record on all Defendants, by notice of electronic filing using the CM/ECF System:

I further certify that on October 16, 2018, I served the foregoing Motion to Withdraw as Counsel of Record on Plaintiff, via electronic mail, and by mailing a true copy thereof via first class mail, placed in a sealed envelope, postage prepaid, addressed to:

Stay Frosty Enterprises, LLC
6312 SW Capitol Hwy Box 209
Portland, OR 97239

Respectfully Submitted by:

Dated October 16, 2018

/s/ James E. Bailey
James E. Bailey, OSB # 922008
780 NW York Drive, Suite 104
Bend, OR 97701
v: 541.241.9002
e: jbailey@byllp.com

/s/ Aron D Yarmo
Aron D. Yarmo, OSB # 934626
780 NW York Drive, Suite 104
Bend, OR 97701
v: 541.241.9002
e: ayarmo@byllp.com

/s/ Mark S. Hubert
Mark S. Hubert, OSB # 982561
2300 SW First Avenue, Suite 101
Portland, OR 97201
v: 503.234.7711
e: markhubert@pacifier.com

Attorneys for Plaintiffs