Daniel DiCicco OSB #073730 dan@diciccolegal.com
DICICCO LEGAL
205 SE Spokane St. Suite 300
Portland, OR 97202
(503)-967-3996

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| STAY FROSTY ENTERPRISES LLC, | Case No. 3:18-cv-00283-SB |
| Plaintiff, | PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO SEVER |
| v. | |
| AMAZON, INC et al, | |
| Defendant. | |

Plaintiff, by and through counsel Daniel DiCicco, hereby gives notice of its non-opposition to Defendant Amazon, Inc.'s motion to sever.

Respectfully submitted this January 8th, 2019

By: __/s/Daniel DiCicco__
Daniel DiCicco OSB #073730
DICICCO LEGAL
205 SE Spokane St Suite 300
Portland, OR 97202
T: (503) 967-3996
Counsel for Plaintiff

1

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that on January 8, 2019, I caused a true and correct copy of the
3 | foregoing PLAINTIFF'S NON OPPOSITION TO MOTION TO SEVER to be served via
4 | CM/ECF to all appearing defendants.

7 | s/ Daniel DiCicco

PLAINTIFF'S NON OPPOSITION TO MOTION TO SEVER    2