Daniel DiCicco OSB #073730 dan@diciccolegal.com
DICICCO LEGAL
205 SE Spokane St. Suite 300
Portland, OR 97202
(503)-967-3996

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| STAY FROSTY ENTERPRISES LLC, | Case No. 3:18-cv-00283-SB |
|---|---|
| Plaintiff, | JOINT DISMISSAL OF OREGON COMMON LAW CONVERSION CLAIMS FRCP 41 |
| v. | |
| AMAZON.COM, INC. et al, | |
| Defendant. | |

1   Plaintiff, by and through counsel Daniel DiCicco, after having met and conferred
2   with the Defendants appearing in this matter and upon the joint agreement of all parties,
3   hereby dismisses all Oregon Common Law Conversion claims – with prejudice - against
4   all Defendants in this matter.
5

By: __/s/Daniel DiCicco__
Daniel DiCicco OSB #073730
DICICCO LEGAL
205 SE Spokane St Suite 300
Portland, OR 97202
T: (503) 967-3996
Counsel for Plaintiff

Signatures:

 /s/ Robert T. Cruzen
Robert T. Cruzen, for Defendant Amazon.com, Inc.

 /s/ Tony Weibell
Tony Weibell, for Defendant Teespring.com Inc.

 /s/ John DiGiacomo
John DiGiacomo, for Defendant Sunfrog LLC

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, I caused a true and correct copy of the foregoing JOINT DISMISSAL OF CLAIMS to be served via CM/ECF to all appearing defendants.

s/ Daniel DiCicco