Daniel DiCicco OSB #073730 dan@diciccolegal.com
DICICCO LEGAL
205 SE Spokane St. Suite 300
Portland, OR 97202
(503)-967-3996

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STAY FROSTY ENTERPRISES LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC. et al,<br><br>        Defendant. | Case No. 3:18-cv-00283-SB<br><br>STIPULATED NOTICE OF DISMISSAL OF PARTIES<br><br>FRCP 41 |

1  Plaintiff, by and through counsel Daniel DiCicco, after having met and conferred
2  with the Defendants appearing in this matter and upon the joint agreement of all parties,
3  hereby dismisses all claims, with prejudice, against the following Defendants:
4     1. Spreadshirt, Inc.
5     2. Empire Design and Insignia, LLC
6     3. Veteran Apparel LLC
7     4. Ismael Ramos
8     5. Viralstyle LLC
9     6. US DOD Coins LLC
10
11

                                By: __/s/Daniel DiCicco____
                                Daniel DiCicco OSB #073730

DICICCO LEGAL
205 SE Spokane St Suite 300
Portland, OR 97202
T: (503) 967-3996
Counsel for Plaintiff

Signatures:

_/s/ Tony Weibell_____

Tony Weibell, for Defendant Teespring.com Inc.

__/s/ David Madden _____

David Madden, for Defendant Sunfrog LLC

__/s/ Casey Nokes_____

Casey Nokes for Defendant Spreadshirt, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on Feb 12, 2019, I caused a true and correct copy of the foregoing STIPULATED NOTICE OF DISMISSAL to be served via CM/ECF to all appearing defendants.

s/ Daniel DiCicco