IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF

OREGON PORTLAND DIVISION

| | |
|---|---|
| STAY FROSTY ENTERPRISES LLC,<br>an Oregon Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., a Delaware Corporation;<br>TEESPRING.COM INC., a Delaware Corporation;<br>SUNFROG LLC, a Michigan Limited Liability<br>Company, and SPREADSHIRT INC., a Delaware<br>Corporation. | Case No. 3:18-cv-00283-SB<br><br><br><br>**Exhibit 2** |

James Edwin Bailey, III (922008)
Bailey & Yarmo LLP
Attorney for Plaintiff Stay Frosty Enterprises LLC
780 NW York Drive
Bend, OR 97701
541-317-9000
jbailey@byllp.com

David H. Madden (080396)
Mersenne Law
Attorney for Sunfrog LLC
9600 SW Oak Street, Ste. 500
Tigard, OR 97223
503-224-3745
dhm@mersenne.com

Anthony Weibell (238850)
Wilson Sonsini Goodrich & Rosati
Attorney for Teespring.com Inc.
701 Fifth Ave., Suite 5100
Seattle WA 98104
206-883-2500
tglass@wsgr.com

Robert T. Cruzen (080167)
Klarquist Sparkman, LLP
Attorneys for Defendant Amazon
One World Trade Center
121 SW Salmon Street, Ste. 1600
Portland, OR 97204
503-595-5300
rob.cruzen@klarquist.com

John A. Di Giacomo (P73056)
Eric W. Misterovich (P73422)
Revision Legal LLC
444 Cass Street, Ste. D
Traverse City, MI 49684
231-714-0100
john@rivisionlegal.com
eric@rivisionlegal.com

Casey M. Nokes (076641)
Cable Huston LLP
Attorney for Spreadshirt Inc.
1001 SW 5th Avenue, Ste. 2000
Portland, OR 97201-1136
503-224-3092
cnokes@cablehuston.com



SKU: 62886252; 1 sale -- $21.95



SKU: 76195458; 1 sale -- $39.00



SKU: 82226633; 1 sale -- $22



SKU: 261464300; 13 sales -- $337.87



SKU: 261464328; 6 sales -- $155.94



SKU: 261464378; 3 sales -- $77.97



SKU: 261664393; 7 sales -- $314.65



SKU: 261464420; 3 sales -- $134.85



SKU: 261464435; 1 sale -- $44.95



SKU: 261464503; 1 sale -- $36.95



SKU: 261464521; 1 sale -- $36.95



SKU: 313056375; 1 sale -- $25.99



SKU: 313056542; 1 sale -- $44.95



SKU: 313056584; 1 sale -- $44.95



SKU: 313056925; 1 sale -- $25.99



SKU: 313062960; 1 sale -- $25.99



SKU: 313063057; 1 sale -- $25.99



SKU: 313063132; 1 sale -- $25.99



SKU: 1111605658; 1 sale -- $22.99