IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF

OREGON PORTLAND DIVISION

| | |
|---|---|
| STAY FROSTY ENTERPRISES LLC,<br>an Oregon Limited Liability Company,<br><br>     Plaintiff,<br><br>v.<br><br><br>AMAZON.COM INC., a Delaware Corporation;<br>TEESPRING.COM INC., a Delaware Corporation;<br>SUNFROG LLC, a Michigan Limited Liability<br>Company, and SPREADSHIRT INC., a Delaware<br>Corporation, | Case No. 3:18-cv-00283-SB<br><br><br><br>**Exhibit 3** |

James Edwin Bailey, III (922008)
Bailey & Yarmo LLP
Attorney for Plaintiff Stay Frosty Enterprises LLC
780 NW York Drive
Bend, OR 97701
541-317-9000
jbailey@byllp.com


David H. Madden (080396)
Mersenne Law
Attorney for Sunfrog LLC
9600 SW Oak Street, Ste. 500
Tigard, OR 97223
503-224-3745
dhm@mersenne.com


Anthony Weibell (238850)
Wilson Sonsini Goodrich & Rosati
Attorney for Teespring.com Inc.
701 Fifth Ave., Suite 5100
Seattle WA 98104
206-883-2500
tglass@wsgr.com

Robert T. Cruzen (080167)
Klarquist Sparkman, LLP
Attorneys for Defendant Amazon
One World Trade Center
121 SW Salmon Street, Ste. 1600
Portland, OR 97204
503-595-5300
rob.cruzen@klarquist.com


John A. Di Giacomo (P73056)
Eric W. Misterovich (P73422)
Revision Legal LLC
444 Cass Street, Ste. D
Traverse City, MI 49684
231-714-0100
john@rivisionlegal.com
eric@rivisionlegal.com


Casey M. Nokes (076641)
Cable Huston LLP
Attorney for Spreadshirt Inc.
1001 SW 5th Avenue, Ste. 2000
Portland, OR 97201-1136
503-224-3092
cnokes@cablehuston.com

SUNFROG URLS

Navy Snipe - **https://www.sunfrog.com/LifeStyle/142297990-1111605471.html**

Submarine Grim Reaper - **https://www.sunfrog.com/LifeStyle/145329606-1179241090.html**

Sea Is Ours - **https://www.sunfrog.com/LifeStyle/144467485-1159151581.html**

Navy Rate and Rank - **https://www.sunfrog.com/LifeStyle/141961599-1103775804.html**

Per the screenshot below the top row last one on the right, and everything from row 2 item two to the bottom of this page.



All items on this page.



Top row. Second row items 1-3 left to right.



Tested Tried and Trued - **https://www.sunfrog.com/LifeStyle/142312815-1111942346.html**

Top row last item on right. Entire row 2 and 3.



Navy Snipe A Gang – Product SKU – 76195458 (You have a copy of this image with the URL at the top of the page that can be provided to Sunfrog.

Jolly Roger - https://www.sunfrog.com/Black-Guys-Tee-SAILORS-261464300.html

Sniper One Shot One Kill - Product SKU – 7672823 (You have a copy of this image with the URL at the top of the page that can be provided to Sunfrog.

Gunner's Mate *NEW INFRINGEMENT* - Product SKU – 82217617 (You should have a copy of this image with the URL at the top of the page that can be provided to Sunfrog. If not let me know. I do have a copy of the screenshot. The product ID above should help though.

Also located it here - https://www.sunfrog.com/Black-Guys-Tee-US-Army-Munitions--82226221.html

US Veteran - https://www.sunfrog.com/110212796-313056294.html

Vietnam Dragon - **https://www.sunfrog.com/LifeStyle/141326837-1090186676.html**

Corpsman Est 1895 - **https://www.sunfrog.com/LifeStyle/143142041-1128730736.html**

Seabees - **https://www.sunfrog.com/LifeStyle/142256317-1110728814.html**

**Ours also**

**https://www.sunfrog.com/LifeStyle/142218813-1109931082.html**

**https://www.sunfrog.com/LifeStyle/143643812-1138166933.html**

**https://www.sunfrog.com/LifeStyle/145162524-1175274771.html**

**https://www.sunfrog.com/LifeStyle/145213229-1176353979.html**

https://www.sunfrog.com/110212985-313062960.html

**Subject:** Fwd: Sunfrog - Please have them take down this item
**Date:** Monday, January 7, 2019 at 1:50:07 PM Eastern Standard Time
**From:** David Madden
**To:** Eric Misterovich, John Di Giacomo

██████

████████████████████████████████████
████████████████████

██████

-------- Forwarded Message --------
Subject: Sunfrog - Please have them take down this item
Date: Mon, 7 Jan 2019 08:36:03 -0800
From: Daniel DiCicco <dan@sellwoodlegal.com>
To: dhm@mersenne.com

Hi Dave -

Can you please have your client take this item listing down?
https://www.sunfrog.com/purple-ladies-tee-corpsman-girl-62886215-p.html

This work contains one of the copyrights at issue in the suit. My client
believes that this is the last one that has not been taken down.

Thanks.

--
*Daniel DiCicco *| Attorney

*DiCicco Legal*

205 SE Spokane Street, Suite 300 | Portland, OR  97202

*T* (503) 967-3996 | Web <http://www.diciccolegal.com/>

*CONFIDENTIALITY NOTICE:* The information contained in this transmission is
confidential. It may also be subject to the attorney-client privilege or be
privileged work product or proprietary information. This information is
intended for the exclusive use of the addressee(s). If you are not the
intended recipient, you are hereby notified that any use, disclosure,
dissemination, distribution (other than to the addressee(s)), copying or
taking of any action because of this information is strictly prohibited.

**Subject:** Fwd: One more takedown
**Date:** Monday, January 7, 2019 at 1:50:44 PM Eastern Standard Time
**From:** David Madden
**To:** Eric Misterovich, John Di Giacomo

████████

-------- Forwarded Message --------
Subject: One more takedown
Date: Mon, 7 Jan 2019 08:54:31 -0800
From: Daniel DiCicco <dan@sellwoodlegal.com>
To: dhm@mersenne.com <dhm@mersenne.com>

Hi Dave -

Here is another.

https://www.sunfrog.com/black-hoodie-us-constitution-oath-marine-corps-shirt-1365263474.html

--
*Daniel DiCicco *| Attorney

*DiCicco Legal*

205 SE Spokane Street, Suite 300 | Portland, OR  97202

*T* (503) 967-3996 | Web <http://www.diciccolegal.com/>


*CONFIDENTIALITY NOTICE:* The information contained in this transmission is
confidential. It may also be subject to the attorney-client privilege or be
privileged work product or proprietary information. This information is
intended for the exclusive use of the addressee(s). If you are not the
intended recipient, you are hereby notified that any use, disclosure,
dissemination, distribution (other than to the addressee(s)), copying or
taking of any action because of this information is strictly prohibited.