Daniel DiCicco, OSB # 073730
205 SE Spokane St Suite 300
Portland OR 97202
v: 503.967.3996
e: dan@diciccolegal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STAY FROSTY ENTERPRISES LLC,** an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC et al**<br><br>Defendant. | Case No. 3:18-cv-00283-SB<br><br>**DECLARATION OF DANIEL DICICCO** |

Under penalty of perjury I affirm that the following is true to the best of my knowledge and belief:

1. I am the attorney for Stay Frosty and pursuant to FRCP 56(d), by this declaration I affirm that I cannot fully justify my opposition to SunFrog's motion for summary judgment without first taking discovery.
2. The complete scope of the discovery I intend to take from SunFrog includes analysis of their web traffic, marketing channels, usage of Stay Frosty's art in contexts other than offering it for sale (such as in advertising other products and in providing features to other users), the timeliness of SunFrog's responsiveness

Page 1 – DECLARATION OF DANIEL DICICCO

to takedown requests, SunFrog's revenue, SunFrog's anti-infringement efforts and their efficacy, and more.

3. Although I believe that SunFrog has effectively pled itself out of court with its most recent motion, to the extent that SunFrog can survive, we believe proper discovery will lead to a fair adjudication of this case and allow us to overcome any of the affirmative defenses raised by SunFrog.

Respectfully Submitted by:

Dated February 15, 2019

*/s/ Daniel DiCicco*
Daniel DiCicco, OSB # 073730
205 SE Spokane St. Suite 300
Portland OR
97202
v: 503.967.3996
e: dan@diciccolegal.com

Attorney for Plaintiff

Page 2 – DECLARATION OF DANIEL DICICCO