IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STAY FROSTY ENTERPRISES, LLC,  No. 3:18-cv-00283-SB

    Plaintiff,  ORDER

  v.

AMAZON.COM, INC., et al.,

    Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation [109] on June 6, 2019, in which she recommends that the Court grant Defendant Teespring's Motion to Sever and Motion to Transfer Venue [94]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [109]. Accordingly, the Court GRANTS Defendant Teespring's motions to sever and transfer and DENIES its motion to dismiss [94]. Plaintiff's claims against Defendant Teespring are severed from this action and transferred to the U.S. District Court for the Northern District of California.

IT IS SO ORDERED.

DATED this __5__ day of __August__, 2019

_____
MARCO A. HERNÁNDEZ
United States District Judge