IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STAY FROSTY ENTERPRISES, LLC          No. 3:18-cv-00283-SB

       Plaintiff,                              ORDER

      v.

AMAZON.COM, INC., et al.,

       Defendants.

HERNÁNDEZ, District Judge:

       Magistrate Judge Stacie Beckerman issued a Findings and Recommendation [122] on March 10, 2021, in which she recommends that the Court deny Plaintiff's motion for a default judgment against Defendant Milcoins.com, LLC ("Milcoins"). The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

       Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [122]. Accordingly, Plaintiff's Motion for Default Judgment [116] is DENIED.

IT IS SO ORDERED.

DATED: __March 31, 2021_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER